1  JAMES B. NEBEL (Bar No. 69626)
   FLYNN, DELICH & WISE LLP
2  One California Street, Suite 350
   San Francisco, California 94111
3  Telephone: (415) 693-5566
   Facsimile: (415) 693-0410
4
   Attorneys for Defendants
5  STX PAN OCEAN CO., LTD.,
   PAN OCEAN SHIPPING and PANOBULK
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10

11
   TOKIO MARINE & FIRE INSURANCE          )  Case No.: C 07 1698 MHP
12 COMPANY,                               )
                                          )  **STIPULATION AND [PROPOSED]**
13              Plaintiff,                )  **ORDER TO SET ASIDE DEFAULT**
                                          )
14      vs.                               )
                                          )
15 M/V NIN, her engines, tackle, machinery,)
   appurtenances, etc., in rem; and STX PAN)
16 OCEAN CO., LTD., PAN OCEAN SHIPPING,)
   PANOBULK, MARINE TERMINALS             )
17 CORPORATION, in personam,              )
                                          )
18              Defendants.               )
                                          )
19

20      The parties to this action, plaintiff TOKIO MARINE & FIRE INSURANCE COMPANY,

21 and defendants, STX PAN OCEAN CO., LTD., PAN OCEAN SHIPPING, PANOBULK, and

22 MARINE TERMINALS CORPORATION, by and through their counsel,

23      Hereby **STIPULATE AND AGREE** that the default entered on June 20, 2007, against

24 STX Pan Ocean Co., Ltd., may be set aside and that STX PAN OCEAN CO. LTD., PAN OCEAN

25 SHIPPING and PANOBULK shall have seven (7) days from the entry of the Order on this

26 Stipulation to file a responsive pleading to the Complaint and shall have fifteen (15) days from the

27 entry of the Order to make its Initial Disclosures.

28

---
STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT
Case no. C 07 1698 MHP

-1-

The basis for the request to set aside the default, as represented by the undersigned counsel for STX PAN OCEAN CO. LTD., PAN OCEAN SHIPPING and PANOBULK is that the failure on the part of these defendants to appear in this action and file a responsive pleading was the result of an administrative error.  The claims representative handling this matter on behalf of these defendants believed that she had sent the file to a representative of their insurer for assignment to counsel for defense, but that file was not received by that representative prior to the entry of the default.  As soon as it was learned that the default had been entered, this matter was assigned to counsel and steps were taken immediately to attempt to obtain agreement to set aside the default.

Counsel for STX PAN OCEAN CO. LTD., PAN OCEAN SHIPPING and PANOBULK respectfully submits that the default should be set aside under these circumstances because of the strong federal policy favoring deciding cases on their merits where the plaintiff will not be prejudiced by the setting aside of the default, the defendant has a meritorious defense and the failure to appear was not the result of culpable conduct on the part of the defendant.  *See O'Conner v. State of Nevada*, 27 F.3d 357, 364 (9th Cir. 1994).

DATED:  October 4, 2007            LAW OFFICES OF GEORGE W. NOWELL


                                                      /s/ Paul B. Arenas

                                       By: _____
                                              Paul B. Arenas
                                       Attorneys for Plaintiff
                                       TOKIO MARINE & FIRE INSURANCE
                                       COMPANY


DATED:  October 5, 2007            FLYNN, DELICH & WISE LLP

                                                      /s/ James B. Nebel

                                       By: _____
                                              James B. Nebel
                                       Attorneys for Defendants
                                       STX PAN OCEAN CO., LTD. PAN OCEAN
                                       SHIPPING, PANOBULK

---

STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT
Case no. C 07 1698 MHP

-2-

DATED: October 4, 2007				LAW OFFICES OF GARY A. ANGEL

					/s/ Gary A. Angel

					By: _____
					     Gary A. Angel
					Attorneys for Defendant
					MARINE TERMNALS CORPORATION

Good cause appearing,

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT
Case no. C 07 1698 MHP

-3-