1  GEORGE W. NOWELL (SBN: 83868)
   george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
   paul.arenas@nowelllaw.com
3  **LAW OFFICES OF GEORGE W. NOWELL**
   120 Montgomery Street, Suite 1990
4  San Francisco, CA 94104
   Telephone: (415) 362-1333
5  Facsimile: (415) 362-1344
   Attorneys for Plaintiff:
6  TOKIO MARINE & FIRE
   INSURANCE COMPANY
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                         **(SAN FRANCISCO DIVISION)**
11

12  TOKIO MARINE & FIRE INSURANCE  )   CASE NO.:  C07-1698 MHP
    COMPANY                        )
13                                 )   **STIPULATION FOR DISMISSAL AND**
                     Plaintiff,    )   **[PROPOSED] ORDER**
14                                 )
            v.                     )
15                                 )
    M/V NIN, her engines, tackle, machinery, )
16  appurtenances, etc., in rem; and STX     )
    PANOCEAN CO., LTD., PAN OCEAN  )
17  SHIPPING, PANOBULK, MARINE     )
    TERMINALS CORPORATION in personam, )
18                                 )
                     Defendants.   )
19                                 )

20       It is stipulated by and between the Plaintiff TOKIO MARINE & FIRE INSURANCE

21  COMPANY and Defendants M/V NIN, her engines, tackle, machinery, appurtenances, etc., in

22  rem; and STX PANOCEAN CO., LTD., PAN OCEAN SHIPPING, PANOBULK, MARINE

23  TERMINALS CORPORATION in personam, through the parties' counsel of record, and

24  requested that, a settlement of this matter having been concluded, that the above-entitled action

25  be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

26       This stipulation and dismissal completely terminate the above-entitled action against all

27  parties. Each party will bear its own attorneys' fees and costs.

28  //

                                                  1

           **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER (C07-1698 MHP)**

1    The parties hereto also request that this Court retain jurisdiction in order to enforce the
2    terms and conditions of the settlement and release.

3    Dated: April 9, 2008          **LAW OFFICES OF GEORGE W. NOWELL**

5                                  By: /S/  Paul B. Arenas                              .
                                   PAUL B. ARENAS
6                                  Attorneys for Plaintiff
                                   TOKIO MARINE & FIRE INSURANCE COMPANY
7

9    Dated: April 9, 2008          **FLYNN, DELICH & WISE LLP**

11                                 By: /S/  James B. Nebel                              .
                                   JAMES B. NEBEL
12                                 Attorneys for Defendants
                                   STX PAN OCEAN CO., LTD., PAN OCEAN
13                                 SHIPPING and PANOBULK

15   Dated: March 18, 2008         **LAW OFFICES OF GARY A. ANGEL**

17                                 By:_____
                                   GARY A. ANGEL
18                                 Attorneys for Defendant
                                   MARINE TERMINALS CORPORATION

21                                 **ORDER**

23   IT IS SO ORDERED.

24   Dated: April  10 , 2008       _____
                                   HON. MA...
25                                 United States...
                                   Northern Di...



IT IS SO ORDERED
Judge Marilyn H. Patel

2

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER (C07-1698 MHP)**

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0303.2008-1738

The parties hereto also request that this Court retain jurisdiction in order to enforce the terms and conditions of the settlement and release.

Dated: March 18, 2008

LAW OFFICES OF GEORGE W. NOWELL

By:_____
PAUL B. ARENAS
Attorneys for Plaintiff
TOKIO MARINE & FIRE INSURANCE COMPANY

Dated: March 18, 2008

FLYNN, DELICH & WISE LLP

By:_____
JAMES B. NEBEL
Attorneys for Defendants
STX PAN OCEAN CO., LTD., PAN OCEAN SHIPPING and PANOBULK

Dated: March 18, 2008

LAW OFFICES OF GARY A. ANGEL

By:_____
GARY A. ANGEL
Attorneys for Defendant
MARINE TERMINALS CORPORATION

ORDER

IT IS SO ORDERED.

Dated: March \_\_\_\_, 2008

_____
HON. MARILYN HALL PATEL
United States District Court
Northern District of California